152 So.2d 562

**NATURAL GAS AND OIL CORPORATION and Mississippi River Fuel Corporation**

**v.**

**W. E. WAGGONNER, Sheriff and Ex-Officio Tax Collector of Bossier Parish.**

**No. 46729.**

May 14, 1963.

In re: Natural Gas and Oil Corporation and Mississippi River Fuel Corporation applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 151 So.2d 575.

Writ denied. No error of law in the judgment of the Court of Appeal.